AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CRAIG JUNGERS, et al.,

                        Plaintiffs,

            v.

PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WA, and NORTHWEST OPEN ACCESS NETWORK,

                        Defendants

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-061-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint and the claims therein are dismissed without prejudice against all Defendants.

| | |
|---|---|
| May 10, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |